# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Tifiny Ann Grantham
In Proper Person
51 Cook Road
Forest Hill LA 71430

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 1, 2023

### REHEARING ACTION: March 1, 2023

**Docket Number: 22   00773-CA**

**TIFINY GRANTHAM**
**VERSUS**
**LOUISIANA WORKFORCE COMMISSION**

**Appealed from Rapides Parish Case No. 272,828**

**BEFORE JUDGES:**

> **Hon. D. Kent Savoie**
> **Hon. Charles G. Fitzgerald**
> **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tifiny Grantham** has this day been

> **DENIED.**

cc: J. Jerome Burden, Counsel for the Appellee
    Danelle L. Gilkes, Counsel for the Appellee
    John W. Williams, Jr., Counsel for the Appellee
    Stacey Wright Johnson, Counsel for the Appellee